UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Leanna J. Hellyer,

    Plaintiff,                         Case No. 2:13-cv-802

    v.                               Judge Michael H. Watson
                                    Magistrate Judge Deavers

Commissioner of Social Security,

    Defendant.

## ORDER

    On September 21, 2016, the United States Magistrate Judge recommended that Plaintiff's application for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), ECF No. 23, be granted and that Plaintiff be awarded attorney fees in the amount of $2,606.35. ECF No. 25. Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

    The Report and Recommendation, ECF No. 25, is **ADOPTED**. Plaintiff is **AWARDED** attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $2,606.35.

    If counsel for the parties verify that Plaintiff owes no pre-existing debt subject to offset, the Commissioner should honor an assignment of Plaintiff's EAJA fees to her counsel.

    IT IS SO ORDERED.

                                                       */s/ Michael H. Watson*
                                                       MICHAEL H. WATSON, JUDGE
                                                       UNITED STATES DISTRICT COURT